**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**GREAT GUNS INC., Defendant–
Appellant.**

No. 00–10267.

D.C. No. CR–99–00248–GEB.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted March 15, 2001.

Decided March 27, 2001.

Before REINHARDT, RYMER and
FISHER, Circuit Judges.

MEMORANDUM *

Great Guns, Inc. appeals the $500,000
fine imposed pursuant to 18 U.S.C.
§ 922(v)(1) following its conviction of pos-
session of semiautomatic assault weapons.
Great Guns contends that the district court
erred by failing to consider the factors set
forth in 18 U.S.C. § 3572(a).

We review for clear error a dis-
trict court's determination that a defen-
dant is able to pay a fine. *United States v.
Scrivener,* 189 F.3d 944, 953 (9th Cir.1999).
Prior to imposing any fine, a district court
shall consider the factors outlined in
§ 3572(a). Those factors include the de-
fendant's income, earning capacity and fi-
nancial resources. The district court need
not address each factor explicitly in its
sentencing determination. *United States
v. Eureka Laboratories, Inc.,* 103 F.3d 908,
913 (9th Cir.1996). Rather, if the record
taken as a whole indicates that the trial

* This disposition is not appropriate for publica-
tion and may not be cited to or by the courts
of this circuit except as may be provided by
Ninth Circuit Rule 36–3.

court considered the factors, the trial court's findings are adequate. *Id.* at 913–14.

The transcript of the sentencing hearing in this case demonstrates that the district court considered the § 3572 factors. At the hearing, the district court specifically adopted the findings of the presentence report which discussed, at length, Great Guns' financial condition and future earning potential. Further, the district court heard Great Guns' extensive argument regarding its inability to pay a fine. "[A]fter reviewing Great Guns' financial statements," however, the district court determined that the guidelines' recommended fine of $500,000 was appropriate. Accordingly, the district court's imposition of the fine was proper.

AFFIRMED.

1. The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). Accordingly, Appellant's request for oral argument is denied.

2. This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.